IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMES WAYNE JOHNSON                              PETITIONER
Reg #28185-078

v.                          No. 2:23-cv-58-DPM

C. GARRETT, Warden,
FCI-Forrest City                                          RESPONDENT

ORDER

Unopposed recommendation, *Doc. 12*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Johnson's petition, *Doc. 1*, will be dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

14 December 2023