IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMES WAYNE JOHNSON                                          PETITIONER
Reg #28185-078

v.                        No. 2:23-cv-58-DPM

C. GARRETT, Warden,
FCI-Forrest City                                             RESPONDENT

## JUDGMENT

Johnson's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 December 2023